UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

SD-FL-26-CR-20027 (RKA)

United States of America

     Plaintiff,

v.

Edward Eberwine

     Defendant.

_____/

NOTICE TO STRIKE

Please take notice that Document No. 17 (Motion to Waive Defendant's Appearance at Arraignment) was filed in error and should be stricken from the docket per the Clerk of Court's notice

                                                  Respectfully submitted,

                                                   /s/ Richard J. Diaz
                                                  Richard J. Diaz, Esquire
                                                  Attorney I.D. No. 0767697
                                                  Email: rick@rjdpa.com
                                                  Richard J. Diaz, P.A.,
                                                  3127 Ponce de Leon Boulevard
                                                  Coral Gables, FL 33134
                                                  Telephone No. (305) 444-7181

                                                   /s/ Marc Neff
                                                  Marc Neff, Esquire
                                                  Attorney I.D. No. 46458
                                                  Email: marc@neffsedacca.com
                                                  Neff & Sedacca, P.C.
                                                  123 S. Broad Street, Suite 1500
                                                  Philadelphia, PA 19109
                                                  Telephone No. (215) 563-9800
                                                  Attorney for Edward Eberwine

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
SD-FL-26-CR-20027 (RKA)

United States of America

    Plaintiff,

v.

Edward Eberwine

    Defendant.

_____/

**CERTIFICATE OF SERVICE**

I, Richard Diaz. Esquire and Marc Neff, Esquire, Counsel for Defendant, do hereby certify that on this 19th day of February 2026, I electronically filed the attached document (Defendant, Edward Eberwine's Motion to Waive Arraignment Hearing) with the Clerk of the District Court using CM/ECF, which will send notification of the filing to the following registered participants:

Anthony Ray Espino Reynold
Assistant United States Attorney
Via Email:  Anthony.Reynolds@usdoj.gov

    /s/ Richard J. Diaz
Richard J. Diaz, Esquire
Attorney I.D. No. 0767697
Email:  rick@rjdpa.com
Richard J. Diaz, P.A.,
3127 Ponce de Leon Boulevard
Coral Gables, FL 33134
Telephone No. (305) 444-7181

/s/ Marc Neff
Marc Neff, Esquire
Attorney I.D. No. 46458
Email:  marc@neffsedacca.com