UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
SD-FL-26-CR-20027 (RKA)

United States of America

      Plaintiff,

v.

Edward Eberwine

      Defendant.

_____/

**UNOPPOSED DEFENDANT'S MOTION TO WAIVE
APPEARANCE AT ARRAIGNMENT**

Edward Eberwine, by his attorney, Marc Neff, Esquire, petitions this Honorable Court to waive the defendant's appearance at arraignment and in support thereof states:

1.      Defendant was indicted on January 27, 2026, and has not yet been arraigned on the Indictment and charged with one count of Possession of Visual Depictions Involving the Sexual Exploitation of Minors in violation of 18 U.S. Code §2252(a)(4)(B) and (b)(2).

2.      Defendant appeared before the United States Magistrate who agreed to the previously negotiated conditions of release.

3.      Counsel herein represents the Defendant Pro Hac Vice along with Richard J. Diaz, Esquire, of Coral Gables, Florida.

4.      The defendant has received judicial approval to enter an inpatient facility in Arizona and will be there for at least forty-five (45) days.

5.      Pursuant to Fed.R.Crim.Pro. Rule 10(b) a defendant does not need to be physically present at arraignment if the following conditions are met: (1) defendant must be charged by Indictment; (2) the defendant, in a written waiver signed by both the

defendant and defense counsel, has waived appearance and has affirmed that the defendant received a copy of the indictment or information and that the plea is not guilty; (3) the Judge must formally accept the waiver.

6.      In this particular case, the Defendant has been charged by an Indictment (See Exhibit A).   He has submitted a written waiver (See Exhibit B).   The defendant intends to plead not guilty.

WHEREFORE, it is respectfully requested that this Honorable Court accept the waiver and allow the Defendant to waive his arraignment.

Respectfully submitted:


  /s/ Richard J. Diaz____
Richard J. Diaz, Esquire
Attorney for Edward Eberwine


  /s/ Marc Neff
Marc Neff, Esquire
Attorney for Edward Eberwine

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

SD-FL-26-CR-20027 (RKA)

United States of America

     Plaintiff.

v.

Edward Eberwine

     Defendant.

_____/

I, Edward Eberwine, wish to waive my personal appearance at arraignment. I have received a copy of the Indictment, discussed it with my defense counsel and wish to enter a plea of not guilty.

I understand the nature of the charges against me and the basis upon which I am waiving my appearance. I know that there are certain time limits that begin at arraignment and my attorney has explained to me all of the ramifications of a waiver, as well as the charges against me.

Notwithstanding the above, I wish to waive my presence at the arraignment hearing.

                                                 Edward Eberwine

2/19/26

Date

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

SD-FL-26-CR-20027 (RKA)

United States of America

     Plaintiff,

v.

Edward Eberwine

     Defendant.

_____/

The defendant in the above-captioned matter has asked to waive his appearance at arraignment. The defendant, who resides in Pennsylvania, has retained counsel, Marc Neff, Esquire (pro hac vice), and Richard Diaz, Esquire, of Coral Gables, Florida, and we have explained to him the consequences of waiving his personal appearance at arraignment. I believe and, therefore, aver, that the Defendant knowingly and intelligently has executed a waiver of appearance. I believe that he understands the nature of the charges against him.

Marc Neff, Esquire
Attorney I.D. No. 46458
Email: marc@neffsedacca.com
Neff & Sedacca, P.C.
123 S. Broad Street, Suite 1500
Philadelphia, PA 19109
Telephone No. (215) 563-9800
Attorney for Edward Eberwine

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

**SD-FL-26-CR-20027 (RKA)**

United States of America

      Plaintiff,

v.

Edward Eberwine

      Defendant.

_____/

## <u>CERTIFICATE OF SERVICE</u>

    I, Richard Diaz. Esquire and Marc Neff, Esquire, Counsel for Defendant, do hereby certify that on this 19th day of February 2026, I electronically filed the attached document (Defendant, Edward Eberwine's Motion to Waive Arraignment Hearing) with the Clerk of the District Court using CM/ECF, which will send notification of the filing to the following registered participants:

Anthony Ray Espino Reynold
Assistant United States Attorney
Via Email:   Anthony.Reynolds@usdoj.gov

                      _/s/ Richard J. Diaz_____
                      Richard J. Diaz, Esquire
                      Attorney I.D. No. 0767697
                      Email:   rick@rjdpa.com
                      Richard J. Diaz, P.A.,
                      3127 Ponce de Leon Boulevard
                      Coral Gables, FL 33134
                      Telephone No. (305) 444-7181

                      /s/ Marc Neff_____
                      Marc Neff, Esquire
                      Attorney I.D. No. 46458
                      Email:   marc@neffsedacca.com

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF FLORIDA**

**SD-FL-26-CR-20027 (RKA)**

United States of America

      Plaintiff,

v.

Edward Eberwine

      Defendant.

_____/

## ORDER

AND NOW, this       day of                  , 2026, upon Motion of Marc Neff Esquire, attorney for Edward Eberwine, and notice having been given to the United States of America, and the Government, having no objection, it is hereby ORDERED that the Defendant's Waiver of Arraignment is accepted and the Defendant's appearance not required on February 27, 2026

BY THE COURT:

_____

Honorable Eduardo Sanchez
U.S. Magistrate Judge