UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 26-20027-CR-ALTMAN

UNITED STATES OF AMERICA

v.

EDWARD EBERWINE,

    Defendant.
_____/

**ORDER GRANTING DEFENDANT'S UNOPPOSED
MOTION TO WAIVE APPEARANCE AT ARRAIGNMENT**

This cause is before the Court on Defendant Edward Eberwine's Unopposed Motion to Waive Appearance at Arraignment, in which the Defendant asks the Court to accept his waiver of appearance at his arraignment on February 27, 2026.  ECF No. 21.

The Court has reviewed the two-page waiver of appearance, which has been signed by both the Defendant and his counsel, *see* ECF No. 21 at 3-4, finds that it complies with Fed. R. Crim. P. 10(b), and accepts the Defendant's waiver of appearance.  The Defendant's motion, ECF No. 21, is accordingly **GRANTED,** and the Defendant is **EXCUSED** from appearing at his arraignment on February 27, 2026.[*]

**DONE AND ORDERED** in Chambers in Miami, Florida, on this 24th day of February 2026.

                                                                                 _____
                                                                                 EDUARDO I. SANCHEZ
                                                                                 UNITED STATES MAGISTRATE JUDGE

cc:    Counsel of Record

---

[*] The previously-filed version of the Defendant's motion, ECF No. 17, which the Defendant sought to strike because it was filed in error, *see* ECF No. 20, is DENIED AS MOOT.